James H. Wilkins, #116364
Alyson A. Berg, #184795
Frances E. Rogers #227973
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff, PITRE ELECTRIC, INC., a California Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| PITRE ELECTRIC, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARYLAND CASUALTY COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 1: 04-CV-5227 OWW DLB<br><br>**STIPULATION TO MOVE HEARING DATE ON DEFENDANT'S RENEWED MOTION TO COMPEL CONTRACTUAL APPRAISAL AND STAY PROCEEDINGS** |

　　　　Plaintiff, PITRE ELECTRIC, INC., ("PITRE ELECTRIC") and Defendants MARYLAND CASUALTY COMPANY and ASSURANCE COMPANY OF AMERICA ("DEFENDANT") hereby Stipulate to move the hearing date on DEFENDANT's pending Renewed Motion to Compel Contractual Appraisal and to Stay Proceedings from the present hearing date of September 23, 2005 to **October 7, 2005 at 9:00 a.m. in Department 5** of the above-entitled court. Both parties further Stipulate and agree that if the Court is so inclined that a Status Conference be set for the same time the motion is scheduled to be heard in this matter.

　　　　SO STIPULATED:

Dated: August 25, 2005　　　　　　　　　WILKINS, DROLSHAGEN & CZESHINSKI LLP


　　　　　　　　　　　　　　　　By ___/s/ Frances Rogers_____
　　　　　　　　　　　　　　　　　　　James H. Wilkins
　　　　　　　　　　　　　　　　　　　Frances E. Rogers
　　　　　　　　　　　　　　Attorneys for Plaintiff PITRE ELECTRIC, INC.

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Dated: August 25, 2005

BISHOP, BARRY, HOWE, HANEY & RYDER

By     /s/ Berta Schweinberger
Berta Schweinberger
Attorneys for Defendant, MARYLAND CASUALTY COMPANY and ASSURANCE COMPANY OF AMERICA

K:\DLB\To_Be_Signed\04cv5227.StipO.cont.wpd

## ORDER

Pursuant to the Stipulation of Plaintiff and Defendant herein, it is hereby ordered that the hearing on Defendant's Renewed Motion to Compel Contractual Appraisal and Stay Proceedings will be heard on October 7, 2005 at 9:00 a.m. in Department 5.

IT IS SO ORDERED.

Dated:   **September 13, 2005**                         **/s/ Dennis L. Beck**
3b142a                                                                  UNITED STATES MAGISTRATE JUDGE

WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720