UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PITRE ELECTRIC, INC., )<br>)<br>          Plaintiff, )<br>)<br>     v. )<br>)<br>MARYLAND CASUALTY CO., etc., )<br>et al., )<br>)<br>          Defendant )<br>_____) | CV F-04-5227 OWW DLB<br><br><br>ORDER DISMISSING ACTION<br>WITH PREJUDICE |

     Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

Dated: February 9, 2006              /s/ OLIVER W. WANGER
                                     _____
                                     OLIVER W. WANGER
                                     United States District Judge

1